## MONCKTON v. STATE.　(No. 6907.)

(Court of Criminal Appeals of Texas. April 26, 1922. Rehearing Denied June 14, 1922.)

Appeal from Criminal District Court, Dallas County; Robert B. Seay, Judge.

Henry Monckton was convicted of forgery, and he appeals. Affirmed.

H. Monckton, of Dallas, pro se.
R. G. Storey, Asst. Atty. Gen., for the State.

MORROW, P. J. Conviction is for forgery; punishment fixed at confinement in the penitentiary for a period of five years.

The record is before us without statement of facts or bills of exceptions, and reveals no error of a fundamental character.

The judgment is affirmed.